UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Luis A. C., Jr.,

                    Plaintiff,

                                                                       1:23-cv-00079-EAW

        v.

Commissioner of Social Security,

                    Defendant.
-------------------------------------------------------------

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for Trini E. Ross, the United States Attorney for the Western District of New York, attorneys for the Defendant, and Elizabeth Ann Haungs, *Esq*., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$6,900.79,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: Buffalo, New York, June 3, 2024.

| | |
|---|---|
| By:/s/ Jason P. Peck<br>Attorney<br>Office of Program Litigation – 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>Phone: (212) 264-2493<br>Duty station time zone: Eastern<br>jason.peck@ssa.gov | By: /s/ Elizabeth Ann Haungs<br>Elizabeth Ann Haungs<br>Law Offices of Kenneth Hiller, PLLC<br>6000 North Bailey Avenue<br>Suite 1A<br>Amherst, NY 14226<br>716-564-3288<br>Fax: 716-332-1884<br>Email: ehaungs@kennethhiller.com |

SO ORDERED

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
Dated: June 11, 2024